# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 6 WAL 2022

             Respondent                 :

                                    :    Petition for Allowance of Appeal
                                    :    from the Order of the Superior Court

              v.                       :

BRANDON LEE HUMPHREY,             :

             Petitioner                  :

COMMONWEALTH OF PENNSYLVANIA,     :    No. 7 WAL 2022

             Respondent                 :

                                    :    Petition for Allowance of Appeal
                                    :    from the Order of the Superior Court

              v.                       :

BRANDON HUMPHREY,                  :

             Petitioner                  :

COMMONWEALTH OF PENNSYLVANIA,     :    No. 8 WAL 2022

             Respondent                 :

                                    :    Petition for Allowance of Appeal
                                    :    from the Order of the Superior Court

              v.                       :

BRANDON HUMPHREY,                  :

             Petitioner                  :

COMMONWEALTH OF PENNSYLVANIA,     :    No. 9 WAL 2022

             Petitioner                  :

                                    :    Petition for Allowance of Appeal
                                    :    from the Order of the Superior Court

              v.                       :

BRANDON HUMPHREY,

    Respondent

COMMONWEALTH OF PENNSYLVANIA, :   No. 10 WAL 2022

    Respondent

    Petition for Allowance of Appeal
    from the Order of the Superior Court

    v.

BRANDON HUMPHREY,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA, :   No. 11 WAL 2022

    Respondent

    Petition for Allowance of Appeal
    from the Order of the Superior Court

    v.

BRANDON LEE HUMPHREY,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA, :   No. 12 WAL 2022

    Respondent

    Petition for Allowance of Appeal
    from the Order of the Superior Court

    v.

BRANDON HUMPHREY,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA, :   No. 13 WAL 2022

    Respondent

|  | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
|  | : | |
|  | : | |
| BRANDON LEE HUMPHREY, | : | |
|  | : | |
| Petitioner | : | |

COMMONWEALTH OF PENNSYLVANIA, : No. 14 WAL 2022

Respondent :

: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
BRANDON HUMPHREY, :
:
Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 15 WAL 2022

Respondent :

: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
BRANDON HUMPHREY, :
:
Petitioner :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 13th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.

[6 WAL 2022, 7 WAL 2022, 8 WAL 2022, 9 WAL 2022, 10 WAL 2022, 11 WAL 2022, 12 WAL 2022, 13 WAL 2022, 14 WAL 2022 and 15 WAL 2022] - 3